**RAB18J** (10/05)

# United States Bankruptcy Court

District of Utah
Case No. <u>12–33712</u>
**Chapter 7**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Blanca Lorena Hone
   1110 North 1650 West #4
   Saint George, UT 84770

Social Security No.:
   xxx–xx–5777

Employer's Tax I.D. No.:

Petition date: 10/29/12

## DISCHARGE OF DEBTOR(S)

It appearing that the debtor(s) are entitled to a discharge,

**IT IS ORDERED:**

The debtor(s) are granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

                                                       BY THE COURT

Dated: <u>2/20/13</u>                                        <u>William T. Thurman</u>
                                                      United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

FORM RAB18J continued (10/05)

## EXPLANATION OF BANKRUPTCY DISCHARGE
## IN A JOINT CHAPTER 7 CASE

This court order grants a discharge to the persons named as the debtors. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtors a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtors. A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtors' property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (applies to cases filed on or after 10/17/2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (applies to cases filed on or after 10/17/2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of Utah

In re:                                                                    Case No. 12-33712-WTT
Blanca Lorena Hone                                                        Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 1088-2          User: admin              Page 1 of 3          Date Rcvd: Feb 20, 2013
                              Form ID: rab18j          Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 22, 2013.
```
db         +Blanca Lorena Hone,    1110 North 1650 West #4,    Saint George, UT 84770-6200
8563109    +ACN,    P.O. Box 650384,    Dallas, TX 75265-0384
8563111     Aurora Bank FSB,    1616 Broadway, Ste. A,    Scottsbluff, NE 69361
8563112    +Baja Broadband,    111 W. 700 S.,    Saint George, UT 84770-3550
8563113    +Bank of America,    P.O. Box 982235,    El Paso, TX 79998-2235
8563114    +Bank of America Home Loans,    4161 Piedmont Pkwy,    Greensboro, NC 27410-8119
8563115    +Berry & Tripp,    5296 S. 300 W. #200,    Salt Lake City, UT 84107-5337
8563116    +Boulevard Home Furnishings,    390 N. Mall Dr.,    Saint George, UT 84790-7346
8563119    +Country Kids,    945 Country Lane,    Santa Clara, UT 84765-5413
8563122    +Foot and Ankle Institute,    754 S. Main St., Ste. 3,    Saint George, UT 84770-5505
8563123    +Houghs, Thompson, Randall & Mellen,    187 N. 100 W.,    Saint George, UT 84770-2803
8563125    +IHC Health Services,    3930 W. Pkwy Blvd.,    Salt Lake City, UT 84120-6300
8563127    +Intermountain Health Care,    4646 Lake Park Blvd.,    Salt Lake City, UT 84120-8212
8563126    +Intermountain Health Care,    P.O. Box 27128,    Salt Lake City, UT 84127-0128
8563128     James Bradley Hone,    624 N. 2040 E. Circle,    Washington, UT 84780
8563129    +Jim Slemboski,    32 E. 100 S., #203,    Saint George, UT 84770-3495
8563130    +Mark, Schofield, Shorter & Lunceford,    5295 Commerce Dr., Ste. 200,
             Salt Lake City, UT 84107-5396
8563132    +Mercantile Innovative Solutions,    6341 Inducon Dr. East,    Sanborn, NY 14132-9016
8563133   #+Mortgage Lenders Network,    P.O. Box 543,    Farmington, CT 06034-0543
8563134    +Provident Funding Assoc. LP,    1235 N. Dutton Ave., Ste. E,    Santa Rosa, CA 95401-4666
8563135    +Quest Telephone,    P.O. Box 29040,    Phoenix, AZ 85038-9040
8563136    +RDK Collection Service,    16211 N. Scottsdale Rd., Ste. 172,    Scottsdale, AZ 85254-1584
8563142   ++++WILSHIRE FINANCIAL SERVICES,    400 NATIONAL WAY,    SIMI VALLEY CA  93065-6414
             (address filed with court: Wilshire Financial Services,    400 Countrywide Way,
             Simi Valley, CA 93065)
8563140    +Wells Fargo Loss Recovery,    P.O. Box 29704,    Phoenix, AZ 85038-9704
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
8563110    +E-mail/Text: ALSBankruptcy@aurorabankfsb.com Feb 21 2013 03:20:03     Aurora,
             10350 Park Meadows Dr.,    Littleton, Co 80124-6800
8563117    +EDI: CAPITALONE.COM Feb 21 2013 02:58:00      Capital One Bank,    P.O. Box 30281,
             Salt Lake City, UT 84130-0281
8563118    +EDI: CHASE.COM Feb 21 2013 02:58:00      Chase,    11200 W. Parkland Ave.,    P.O. Box 3139,
             Milwaukee, WI 53201-3139
8563120    +EDI: CREDPROT.COM Feb 21 2013 02:58:00      Credit Protection,    P.O. Box 802068,
             Dallas, TX 75380-2068
8563121    +E-mail/Text: electronicbkydocs@nelnet.net Feb 21 2013 05:00:26      Department of Education,
             3015 Parker Rd., Ste. 400,    Aurora, CO 80014-2904
8597401     EDI: RECOVERYCORP.COM Feb 21 2013 02:58:00      GE Capital Retail Bank,
             Care of Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,
             Miami, FL 33131-1605
8563124    +EDI: ICSYSTEM.COM Feb 21 2013 02:58:00      I.C. System, Inc.,    444 Hwy 96 E.,    P.O. Box 64887,
             Saint Paul, MN 55164-0887
8563137    +E-mail/Text: rdkcollects@gmail.com Feb 21 2013 04:56:20      Receivables Management,
             23800 W. 10 Mile Rd., Ste. 150,    Southfield, MI 48033-3123
8563138    +EDI: WFFC.COM Feb 21 2013 02:58:00      Wells Fargo Auto,    P.O. Box 29704,
             Phoenix, AZ 85038-9704
8563139    +EDI: WFFC.COM Feb 21 2013 02:58:00      Wells Fargo Credit Card Services,    P.O. Box 10347,
             Des Moines, IA 50306-0347
8563141    +EDI: WESTASSET.COM Feb 21 2013 02:58:00      West Asset Management,    3432 Jefferson Ave.,
             Texarkana, AR 71854-2747
                                                                                               TOTAL: 11
```

         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
8563131      Mary Ellen Craig,    unknown
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

```
District/off: 1088-2          User: admin              Page 2 of 3            Date Rcvd: Feb 20, 2013
                              Form ID: rab18j          Total Noticed: 35
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 22, 2013**                    **Signature:** _Joseph Speetjens_

```
District/off: 1088-2          User: admin              Page 3 of 3              Date Rcvd: Feb 20, 2013
                              Form ID: rab18j          Total Noticed: 35
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 20, 2013 at the address(es) listed below:
    Bryan  Adamson    on behalf of Debtor Blanca Lorena Hone badamson@dixielegal.com, rcampbell@dixielegal.com
    David C. West tr    davewest@infowest.com, ut14@ecfcbis.com
    United States Trustee    USTPRegion19.SK.ECF@usdoj.gov
                                                        TOTAL: 3